UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY L. DEVIN a/k/a JEFFERY L. DEVIN, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Civil No. 16-cv-998-JPG <br><br> Criminal No 07-cr-40043-JPG-01 |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Jeffrey L. Devin's amended motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Jeffrey L. Devin, and that this case is dismissed with prejudice.

**DATED: March 27, 2017**          JUSTINE FLANAGAN, Acting Clerk of Court

                                                            *s/Tina Gray*, **Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**